An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVIN LANFORD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63712

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to dismiss counsel. First Judicial District Court, Carson City; James Todd Russell, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to dismiss counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We have considered the proper person documents received in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26589

cc: Hon. James Todd Russell, District Judge
Devin Lanford
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk